ORIGINAL

FILED
OCT 2 6 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------------------------------------x

SEWARD PARK HOUSING CORP.,

Plaintiff,

-against-

THE UNITED STATES,

Defendant.

-----------------------------------------------------------------x

No.: 04-1600C

**COMPLAINT**

Plaintiff, SEWARD PARK HOUSING CORP., by its attorneys Peter Axelrod & Associates, P.C., as and for its Complaint against the Defendant THE UNITED STATES, respectfully alleges:

**The Parties, Jurisdiction and Venue**

1. Plaintiff, Seward Park Housing Corp. (hereinafter "Plaintiff") is a New York corporation having its principal place of business at 413 Grand Street, New York, NY 10002-4379.

2. Defendant, United States Postal Service (hereinafter "Defendant") is a United states government agency having its principal place of business at 475 L'Enfant Plaza SW Washington, DC 20260-0010.

3. Jurisdiction is granted to the Federal Court of Claims pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 601 et. seq.

4. Venue is laid in the Federal Court of Claims pursuant to 28 § U.S.C. 1491.

**Background Facts**

5. Plaintiff is the owner of 185 Clinton Street, New York, NY 10002 (the

"Premises").

6. Defendant leased the premises, also known as Pitt Station, pursuant to a written lease dated February 7, 2000 for a term of ten years commencing on June 1, 2000 and ending May 31, 2010.

7. Pursuant to the lease Defendant is required to pay $48,685.00 per year in equal monthly installments of $4,057.08.

8. Defendant failed to pay rent due and owing for from June, 2003 through March, 2004 totaling $40,570.80.

9. In addition, Defendant failed to pay late fees due and owing as additional rent for February, 2003 in the amount of $851.99.

10. Said sums were duly demanded in a written Notice of Claim pursuant to the Contract Disputes Act, 41 U.S.C. § 601 et. seq. Said Notice of Claim was served on March 23, 2004 via certified mail, return receipt requested and regular mail. A copy of the Notice of Claim and the affidavit of service is annexed hereto and incorporated herein.

11. More than sixty days have elapsed since service of the Notice of Claim and Defendant's contracting officer has failed to issue a written decision regarding the claim as required by 41 U.S.C. § 605.

## AS AND FOR A FIRST CAUSE OF ACTION

12. Pursuant to paragraph 6 of the lease Defendant is contractually obligated to pay $48,685.00 per year in equal monthly installments of $4,057.08.

13. Defendant failed to pay rent due and owing for from June, 2003 through March, 2004 totaling $40,570.80.

14. In addition, Defendant failed to pay late fees due and owing as additional rent for February, 2003 in the amount of $851.99.

15. As a result of Defendant's breach, Plaintiff has been injured in the amount of $41,422.789.

**AS AND FOR A SECOND CAUSE OF ACTION**

16. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 15 of the Complaint as though set forth in full herein.

17. Defendant occupied the premises for the months of June, 2003 through March, 2004 without paying rent.

18. The use and occupancy for the premises is $4,057.08 per month totaling $40,570.80.

19. Pursuant to the doctrines of *Quantum Meruit* and Unjust Enrichment, Defendant owes Plaintiff $40,570.80.

**AS AND FOR A THIRD CAUSE OF ACTION**

20. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 11, 13 through 15, and 17 through 19 of the Complaint as though set forth in full herein.

21. Defendant's repeated breach of the lease has forced Plaintiff to spend a significant sum on attorney's fees which in no event will be less than $10,000.00 in the prosecution of this case.

22. As a result of the foregoing, Plaintiff is entitled to the recovery of the Attorney's Fees it has expended in the prosecution of this action.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

(a) On the First Cause of Action, a money judgment in the amount of $41,422.79 with interest thereon from April 1, 2004;

(b) On the Second Cause of Action, a money judgment in the amount of $40,570.80 with interest thereon from April 1, 2004;

(c) On the Third Cause of Action, a money judgment for the cost of attorney's fees in the sum of not less thatn $10,000.00, and;

(g) For such other and further relief which to this Court seems just and proper, together with the costs and disbursements of this action.

Dated: New York, New York
October 22, 2004

Yours, etc.

PETER AXELROD & ASSOCIATES, P.C.

By: Peter Axelrod, Esq.
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 702-0900

# NOTICE OF CLAIM

In the Matter of the Claim of

SEWARD PARK HOUSING CORPORATION

-against-

UNITED STATES POSTAL SERVICE

---

To: HENRY BURMEISTER
CONTRACTING OFFICER
FACILITIES SERVICE OFFICE
2 HUDSON PLACE
5TH FLOOR
HOBOKEN, NJ 07030-5502

PLEASE TAKE NOTICE that the above named claimant hereby makes claim and demand for payment and a final decision against the above named party as follows:

1. The name and post-office address of each claimant and such claimant's attorney:

SEWARD PARK HOUSING CORP.
465 GRAND STREET
NEW YORK, NY 10002-4379

Peter Axelrod & Associates, P.C.
Attorneys for Claimant
800 Third Avenue
New York, New York 10022

2. The nature of the claim:

Rent and additional rent for the Premises known as and located at Pitt Station, 185 Clinton Street, New York, NY

3. The time when, the place where, and the manner in which the claim arose:

Pursuant to a written lease between Claimant and the United States Postal Service dated February 29, 2000 the following charges are sought.

RENT

| | | |
|---|---|---|
| Base rent for June, 2003 through March, 2004 at the rate of $4057.08 per month | $ | 40,570.80 |
| Late Fees for February, 2003 | $ | 851.99 |
| TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 41,422.79 |

4. The items of damage and/or injuries claimed:

Money Damages in the sum of $41,422.79 plus interest, costs and attorneys' fees pursuant to the parties' lease and agreement.

SAID CLAIM IS HEREBY PRESENTED FOR ADJUSTMENT AND PAYMENT.

PLEASE TAKE FURTHER NOTICE that by reason of the foregoing, in the event of the demanded party's failure to pay the said claim in the sum of $41,422.79 or to render a decision regarding the claim within the time limited for compliance with this demand by the Contract Disputes Act, 41 U.S.C. § 601 et. seq., then, and in such event, the claimant intends to commence an action or proceeding against the demanded party in the sum specified herein, together with interest, costs and attorneys' fees.

Peter Axelrod & Associates, P.C.
Attorneys for Claimant
800 Third Avenue
New York, New York 10022
(212) 702-0900

Mulcahy

By: RACHEL MULCAHY, ESQ.

**CERTIFICATION**

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

SAMUEL GLADSTONE WELSH, being duly sworn, deposes and says:

Your deponent is Assistant Secretary of the above named claimant is authorized to Certify the foregoing Notice of Claim. The foregoing Notice of Claim is made in good faith and the amount requested accurately reflects the amount due and owing. The supporting data are accurate and complete and deponent knows the contents thereof to be true except of to matters alleged upon information and belief and as to those matters, deponent believes them to be true.

Samuel Gladstone Welsh

Samuel Gladstone Welsh

Sworn to before me this
22nd day of March, 2004

Vivian Robinson

Notary Public

VIVIAN ROBINSON
Notary Public, State of New York
No. 01RO5073634
Qualified in Bronx County
Commission Expires March 03, 2007

F:\CLIENT\Seward Park Development Corp\Sew140.USPS\Notice of Claim.wpd

**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED and BY FIRST CLASS MAIL**

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

RACHEL MULCAHY, being duly sworn, deposes and says,

That deponent is not a party to the action, is over 18 years of age and resides c/o 800 Third Avenue, New York, New York 10022.

That on the 23rd day of March, 2004 deponent served by mail the attached NOTICE OF CLAIM upon:

HENRY BURMEISTER
CONTRACTING OFFICER
FACILITIES SERVICE OFFICE
2 HUDSON PLACE
5TH FLOOR
HOBOKEN, NJ 07030-5502

via Certified Mail, Return Receipt Requested, Receipt # 7001 0320 0005 5162 3429, and by First Class Regular Mail and by depositing same enclosed in postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

RMulcahy
RACHEL MULCAHY

Sworn to before me this
23rd day of March, 2004

NOTARY PUBLIC

PETER A. AXELROD
NOTARY PUBLIC, State of New York
No. 4751509
Qualified in Westchester County
Commission Expires July 31, 20 05