ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 04-1600C

Plaintiff(s) or Petitioner(s)
SEWARD PARK HOUSING CORP.,

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] PETER AXELROD

Firm Name: PETER AXELROD & ASSOCIATES, P.C.

Post Office Box:

Street Address: 800 THIRD AVE. - 30TH FLOOR

City-State-Zip: NEW YORK, NY 10022

Telephone & Facsimile Numbers: (212) 702-0900; fax (212) 371-0081

E-mail address: paa@peteraxelrod.om

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ 51,422.79

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003