IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEWARD PARK HOUSING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1600C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 45 days, to and including February 8, 2005, within which to respond to the complaint. Our response is now due on December 25, 2004. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, agency counsel informed us on December 20, 2004, that due in part to an unexpected delay in the assignment of the case, the necessity of obtaining certain additional documents not available at the contracting location, and the intervening holiday period, the agency requires more time to investigate the asserted claims and to complete its litigation report. In addition, upon receipt of that litigation report, defendant's counsel will require time to study it and determine the most appropriate response to the complaint. Performing this function may require more time to satisfy additional internal approval procedures applicable to certain filings. Therefore, we

anticipate that an additional 45 days will be required to prepare our response.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

December 21, 2004

CERTIFICATE OF FILING

I hereby certify that on this 21st day of December, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease