IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEWARD PARK HOUSING CORP., Plaintiff, | ) | |
| v. | ) | No. 04-1600C (Judge Wolski) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 21 days, to and including March 1, 2005, within which to respond to the complaint. Our response is now due on February 8, 2005. This is our second request for an enlargement of time for this purpose. On December 21, 2004, we filed an unopposed motion for an enlargement of time of 45 days, from December 25, 2004, to February 8, 2005, which the Court granted on December 22, 2004. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant provided to plaintiff's counsel by electronic mail on January 26, 2005, documents which appear to show that the rent claimed in the complaint has been paid in full and is, therefore, not due and owing. In the interest of avoiding unnecessary substantive filings while the plaintiff considers whether to voluntarily dismiss its case, or enter into settlement negotiations, we request an additional 21 days within which to file our response to the complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

February 3, 2005

CERTIFICATE OF FILING

I hereby certify that on this 3rd day of February, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease