# In the United States Court of Federal Claims

No. 04-1600C
(Filed February 10, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**SEWARD PARK HOUSING CORP.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court **GRANTS** the defendant's unopposed motion for an enlargement of time in which to respond to the complaint. The defendant shall file a responsive document on or before March 1, 2005.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge