IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SEWARD PARK HOUSING CORP., Plaintiff, | ) | |
| v. | ) | No. 04-1600C (Judge Wolski) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 30 days, to and including March 31, 2005, within which to respond to the complaint. Our response is now due on March 1, 2005. This is our third request for an enlargement of time for this purpose. On December 21, 2004, we filed an unopposed motion for an enlargement of time of 45 days, from December 25, 2004, to February 8, 2005, which the Court granted on December 22, 2004. On February 3, 2005, we filed an unopposed motion for an enlargement of time of 14 days, from February 8, 2005, to March 1, 2005, which the Court granted on February 10, 2005. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant provided to plaintiff's counsel by electronic mail on January 26, 2005, documents which appear to show that the rent claimed in the complaint has been paid in full and is, therefore, not due and owing. We have been informed that related negotiations between plaintiff and its property management agent are ongoing; we anticipate that the case will be resolved in the near future. In the continuing interest of avoiding unnecessary

substantive filings while the plaintiff considers whether to voluntarily dismiss its case, or enter into settlement negotiations, we request an additional 30 days within which to file our response to the complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011

Attorneys for Defendant

February 22, 2005

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of February, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease