# In the United States Court of Federal Claims

No. 04-1600C
(Filed March 9, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**SEWARD PARK HOUSING CORP.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 2, 2005, the Clerk's Office received, in paper format, the plaintiff's notice of dismissal without prejudice pursuant to RCFC 41(a)(1)(i). On October 26, 2004, this case was designated, pursuant to General Order No. 42, as an electronic case in the CM/ECF system. The Clerk's Office therefore rejected the plaintiff's paper submission because not in electronic format. The plaintiff's counsel does not have an ECF account. Rather than requiring him to obtain one simply for the purposes of having the case dismissed, the Court shall grant leave for the motion to be filed in paper format. The Clerk is directed to file the plaintiff's notice of dismissal as submitted, and to mail to plaintiff's counsel a copy of this order.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge