# In the United States Court of Federal Claims

No. 04-1600C
(Filed March 9, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**SEWARD PARK HOUSING CORP.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The plaintiff has submitted a notice of dismissal without prejudice pursuant to RCFC 41(a)(1)(i). Accordingly, this case is hereby **DISMISSED** without prejudice. The Clerk of Court is directed to close the case file, and to mail to plaintiff's counsel a copy of this order.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge