ORIGINAL

FILED
MAR 9 2005
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------------------------------x

SEWARD PARK HOUSING CORP.,

Plaintiff,

-against-

No. 04-1600C
(Judge Wolski)

THE UNITED STATES,

Defendant.

---------------------------------------------------------------x

NOTICE OF DISMISSAL

Please take notice that plaintiff, SEWARD PARK HOUSING CORP., by its attorneys Peter Axelrod & Associates, P.C., hereby dismisses this action without prejudice, pursuant to Court of Federal Claims Rule 41(a)(1)(i).

Dated: New York, New York
February 25, 2005

PETER AXELROD & ASSOCIATES, P.C.

By: Peter Axelrod, Esq.
Attorneys for Plaintiff
800 Third Avenue
New York, New York 10022
(212) 702-0900

Mar 9 2005 - Complaint dismissed pursuant to Rule 41(a)(1)(i) this day.

CERTIFICATE OF SERVICE

I hereby certify that on the 25th of February 2005, I served a copy of the foregoing NOTICE OF DISMISSAL on PLAINTIFF by first class mail, postage prepaid, addressed as follows:

Jeffrey S. Pease
Trial Attorney
Commercial Litigation Branch
Civil; Division
United States Department of Justice
Classification Unit
1100 L Street, N.W., Room 8032
Washington, DC 20530

Peter Axelrod, Esq.

Dated: February 25, 2005